IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PEOPLE'S PARTY OF FLORIDA; ELISE MYSELS; CAROLYN WOLFE; VICTOR NIETO<br><br>Plaintiffs,<br>v.<br><br>FLORIDA DEPARTMENT OF STATE, DIVISION OF ELECTIONS; CORD BYRD, FLORIDA SECRETARY OF STATE in his official capacity; BRIAN CORLEY, PASCO COUNTY SUPERVISOR OF ELECTIONS in his official capacity;<br>Defendants. | No. **22 cv 1274 TPB-AEP**<br><br><br>Honorable Judge Thomas Barber<br><br>Magistrate Judge Anthony Porcelli |

**Plaintiffs' Local Rule 3.03(a) Disclosure Statement**

Pursuant to Local Rule 3.03(a) of the Middle District of Florida, Plaintiffs, People's Party of Florida, Elise Mysels, Carolyn Wolfe, and Victor Nieto, disclose the following:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome.

    a. Christopher Kruger, attorney for all Plaintiffs

    b. People's Party of Florida, Plaintiff

    c. Elise Mysels, Plaintiff

    d. Carolyn Wolfe, Plaintiff

    e. Victor Nieto, Plaintiff

    f. Andy Bardos, Attorney for Defendant, Supervisor Corley

    g. Cord Byrd, Defendant

      h. Brian Corley, Defendant

      i. Ashley E. Davis, Ashley E., Attorney for Defendants, Secretary Byrd and the Florida Department of State, Division of Elections

      j. Florida Department of State, Division of Elections, Defendant

      k. GrayRobinson, P.A., Attorneys for Defendant, Supervisor Corley

      l. Bradley McVay, Attorney for Defendants, Secretary Byrd and the

2. Florida Department of State, Division of Elections

3. Each entity with publicly traded shares or debt potentially affected by the outcome.

    None.

4. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee.

    None.

5. Each person arguably eligible for restitution.

    None.

## CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict. June 16, 2022.

Respectfully submitted:

By: \_\_\_\_\_/s/ *Christopher Kruger*\_\_\_\_
Attorney for Plaintiffs

Christopher Kruger, ARDC No. 6281923, appearing *pro hac vice*
The Law Offices of Christopher Kruger
2022 Dodge Avenue
Evanston, IL 60201-3434
Phone 847 420 1763
Fax 847 733 9537
Email chris@krugerandgruber.com

## CERTIFICATE OF SERVICE

I, Christopher Kruger, an attorney, hereby certify that on July 6, 2022, I electronically filed with the Clerk of the U.S. District Court for the Middle District of Florida, Tampa Division, the foregoing **Local Rule 3.03(a) Disclosure Statement** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/Christopher Kruger*
Christopher Kruger ARDC # 6281923
KRUGER & GRUBER, LLP
205 N. Michigan Ave. Suite 810
Chicago, IL 60611
Phone: 708-420-2100
Fax: 312-268-7064
Email: chris@krugerandgruber.com