IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| PEOPLE'S PARTY OF FLORIDA; ELISE MYSELS; ) | | |
| CAROLYN WOLFE; VICTOR NIETO ) | No. **8:22 cv 1274 TPB-AEP** | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | | |
| ) | Honorable Thomas Barber | |
| ) | | |
| FLORIDA DEPARTMENT OF STATE, DIVISION) | Magistrate Judge Anthony Porcelli | |
| OF ELECTIONS; CORD BYRD, FLORIDA ) | | |
| SECRETARY OF STATE in his official capacity; ) | | |
| BRIAN CORLEY, PASCO COUNTY SUPERVISOR) | | |
| OF ELECTIONS in his official capacity; ) | | |
| Defendants. ) | | |

**Plaintiffs' Notice of Supplemental Authority Pursuant to Local Rule 3.01(i) in Support of their Emergency Rule 59(e) Motion to Reconsider Denial of Injunctive Relief and Motion for an Expedited Briefing Schedule (Dkt. 26)**
*Challenge to the Constitutionality of Fla. Stat. § 99.021*

Local Rule 3.01, *Motions and Other Legal Memorandums,* reads in relevant part:

   (i) SUPPLEMENTAL AUTHORITY. After filing a legal memorandum but before a decision, a party identifying a supplemental authority that is not merely cumulative may file — without argument or comment — a notice of supplemental authority that contains only:

(1) a citation of the authority;

(2) a specification by page, paragraph, and line of the issue or argument in the earlier paper that the authority supplements; and

(3) a succinct quotation from the authority.

The notice must not include a copy of the authority unless the authority is not readily available and must not exceed two pages inclusive of all parts.

*Kusper v. Pontikes*, 414 US 51 (1973):

**[As to the 365 Day Rule "ensure[s] that any pool of registered voters and thus potential new party candidates would be limited to those willing to forgo voting in the Florida primary whatsoever for at least one cycle. Dkt. 26, PageID 459, top para., ln. 2-4.]** "One who wishes to change his party registration must wait almost two years before his choice will be given effect. Moreover, he is forced to forgo participation in any primary elections occurring within the statutory 23-month hiatus. The effect of the Illinois statute is thus to 'lock' the voter into his pre-existing party affiliation for a substantial period of time following participation in any primary election, and each succeeding primary vote extends this period of confinement." *Kusper,* 414 US 51 at 57.

*Rosario v. Rockefeller*, 410 US 752 (1973):

**[As to "The Peoples Party first made contact with the state's tracking system, submitting their by-laws on July 15, 2021. If the new party had been recognized by the state through an Acknowledgement Letter that same day, it could not have qualified for the November 8, 2022 General Election, 481 days later." Dkt. 26, PageID 460, bottom para., ln 2-5. (Internal citation omitted].**

"The cutoff date for enrollment prescribed by § 186 occurs approximately eight months prior to a presidential primary (held in June) and 11 months prior to a nonpresidential primary (held in September)." *Rosario*, 410 US 752 at 760.

..............................................................................

By:     \_\_\_\_/s/ *Christopher Kruger*\_\_\_\_
                    Attorney for Plaintiffs

    Christopher Kruger, ARDC No. 6281923, appearing *pro hac vice*

The Law Offices of Christopher Kruger
2022 Dodge Avenue
Evanston, IL 60201-3434
Phone 847 420 1763
Fax 847 733 9537
Email chris@krugerandgruber.com

**CERTIFICATE OF SERVICE**

I, Christopher Kruger, an attorney, hereby certify that on July 6, 2022, I electronically filed with the Clerk of the U.S. District Court for the Middle District of Florida, Tampa Division, the foregoing **Notice of Supplemental Authority Pursuant to Local Rule 3.01(i) in Support of their Emergency Rule 59(e) Motion to Reconsider Denial of Injunctive Relief and Motion for an Expedited Briefing Schedule (Dkt. 26),** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/Christopher Kruger*
Christopher Kruger ARDC # 6281923
KRUGER & GRUBER, LLP
205 N. Michigan Ave. Suite 810
Chicago, IL 60611
Phone: 708-420-2100
Fax: 312-268-7064
Email: chris@krugerandgruber.com