UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEOPLE'S PARTY OF FLORIDA, *et al.*,

   *Plaintiffs*,

v.                                                       Case No. 8:22-cv-1274-TPB-AEP

FLORIDA DEPARTMENT OF STATE,
DIVISION OF ELECTIONS, *et al.*,

   *Defendants*.

_____/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTION TO DISMISS VERIFIED COMPLAINT**

     Pursuant to Local Rule 3.1(i), Defendants respectfully submit as supplemental authority in support of their Motion to Dismiss Verified Complaint, ECF No. 35, the opinion of the Eleventh Circuit in Plaintiffs' appeal from this Court's order on Plaintiffs' request for a preliminary injunction. *See* ECF No. 36, *People's Party of Fla. v. Fla. Dep't of State, Div. of Elections*, No. 22-12451, 2022 WL 3657210, at *2 (11th Cir. Aug. 25, 2022) ("Here, the passage of the June 17 qualification deadline and Mysels's failure to satisfy any of the unchallenged qualifications render the case moot.").

     Respectfully submitted this twenty-ninth day of August 2022.

/s/ Bradley R. McVay
BRADLEY R. MCVAY (FBN 79034)
*General Counsel*
brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
*Deputy General Counsel*
ashley.davis@dos.myflorida.com
stephanie.buse@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127
*Counsel for Florida Department of State,*
*Division of Elections and Secretary of State*

/s/ Andy Bardos
ANDY BARDOS (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: (850) 577-9090
*Counsel for Supervisor Corley*